UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | | |
|---|---|---|
| **JACOB PETERSON**, | ) | Case No. 2:12-cv-00941-JCC |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF SETTLEMENT** |
| vs. | ) | |
| | ) | |
| **ALLIANCEONE RECEIVABLES MANAGEMENT, INC.**, | ) ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court, Western District of Washington, Plaintiff's Notice of Settlement with all claims pending having been resolved to the parties satisfaction.

Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement, during which time Plaintiff requests the Court to retain jurisdiction over this matter until fully resolved.

Notice of Settlement - 1

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com

Should Plaintiff not move to reinstate the case or seek other Court intervention in the next sixty (60) days, Plaintiff requests the Court dismiss this case with prejudice at that time.

Dated this 13th day of November, 2012.

s/Jon N. Robbins
Jon N. Robbins
WEISBERG & MEYERS, LLC

Filed electronically on this 13th day of November, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system this 13th day of November, 2012to:

Kimberlee Walker Olsen
Luke, Casteel, & Olsen, PSC
3400 188th Street SW
Suite 484
Lynnwood WA 98037

By: s/Tremain Davis
    Tremain Davis

Notice of Settlement - 2

Jon N. Robbins
WEISBERG & MEYERS, LLC
3877 N. Deer Lake Rd.
Loon Lake ,WA 99148
509-232-1882
866-565-1327 facsimile
jrobbins@AttorneysForConsumers.com