THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JACOB PETERSON,<br><br>            Plaintiff,<br><br>   v.<br><br>ALLIANCEONE RECEIVABLES<br>MANAGEMENT, INC.,<br><br>            Defendant. | CASE NO. C12-0941-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of settlement (Dkt. No. 11). The Court DIRECTS the Clerk to statistically close this case. Pursuant to Plaintiff's request, the Court will dismiss this case with prejudice if Plaintiff does not move the Court to further action in the next sixty days.

DATED this 14th day of November 2012.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tim Farrell
                                          Deputy Clerk